

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00034-CV

| | | |
|---|---|---|
| DIANE CUMMINGS AND EVERETT CUMMINGS, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (18-1841-431) |
| V. | § | May 6, 2021 |
| HEIDI BILLMAN, CAROLE BILLMAN, AND BRADLEY BILLMAN, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Diane Cummings and Everett Cummings shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach